678

11 So.2d 882

### Drew PICKENS v. STATE.
### 8 Div. 289.

Court of Appeals of Alabama.
Feb. 2, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

17 So.2d 188

### Johnnie PIKE v. STATE.
### 7 Div. 760.

Court of Appeals of Alabama.
Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

11 So.2d 882

### Chelse PITTS v. STATE.
### 6 Div. 924.

Court of Appeals of Alabama.
Feb. 2, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

19 So.2d 854

### Ralph W. PITTS v. STATE.
### 8 Div. 422.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

19 So.2d 855

### Oscar POUNDERS v. STATE.
### 8 Div. 429.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

13 So.2d 900

### William H. K. POWELL v. STATE.
### 1 Div. 436.

Court of Appeals of Alabama.
April 13, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

13 So.2d 901

**William H. K. POWELL (alias Walter Andrews) v. STATE.**

I Div. 437.

Court of Appeals of Alabama.
April 13, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

12 So.2d 874

**Dalton POWERS v. STATE.**

8 Div. 319.

Court of Appeals of Alabama.
March 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

20 So.2d 896

**Willie PREWITT v. STATE.**

6 Div. 136.

Court of Appeals of Alabama.
Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 119

**Duncan PRUETT v. STATE.**

7 Div. 768.

Court of Appeals of Alabama.
Feb. 22, 1944.

Robinson & Parris, of Gadsden, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

18 So.2d 119

**Mack (alias E. M.) RADNEY v. STATE.**

4 Div. 829.

Court of Appeals of Alabama.
April 4, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

18 So.2d 119

**Dennis RAINER v. STATE.**

4 Div. 837.

Court of Appeals of Alabama.
April 4, 1944.

Wallace D. Walters, of Troy, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.